In the Matter of HARVEY FREDERICK STRAUSS, an Attorney, Resignor. [753 NYS2d 414] —Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83). Present—Pine, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.

In the Matter of WILLIE E. FELTON, for Reinstatement to the Practice of Law. [753 NYS2d 412] —Order entered dismissing application for reinstatement (*see Matter of Felton*, 294 AD2d 961). Present—Pine, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.

In the Matter of WILLIAM S. GORDON, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [753 NYS2d 413] —Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

In the Matter of RUSSELL J. SCIANDRA, for Reinstatement to the Practice of Law. [753 NYS2d 413] —Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. EMERSON, Appellant. [753 NYS2d 414] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Mulroy, J.— Grand Larceny, 3rd Degree.) Present—Pigott, Jr., P.J., Green, Scudder, Burns and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HUMBERT, Appellant. [753 NYS2d 414] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Erie County Court, DiTullio, J.—Violation of Probation.) Present—Pigott, Jr., P.J., Green, Scudder, Burns and Gorski, JJ.